UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHARITA PATTERSON; D.P.,

                Plaintiffs,

-against-

STATE OF NEW YORK,

                Defendant.

25-CV-1437 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated March 19, 2025 the Court directed Plaintiff Sharita Patterson to show cause within 30 days why this action should not be dismissed without prejudice because she did not update her address with the court, as directed in the court's March 18, 2024 Standing Order, requiring all self-represented litigants to inform the court of each change of address or electronic contact information. *See In Re: Cases Filed By Pro Se Plaintiffs*, *This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y. Mar. 18, 2024) ("Standing Order").

Following the issuance of the March 19, 2025 order, Plaintiff updated her address with the court on March 27, 2025, by including a street address for the P.O. Box address she had included in her complaint. On July 29, 2025, a court order addressed to the new address was returned to the court.

Accordingly, the Court grants Plaintiff an additional 30 days to update her address. If Plaintiff does not comply with this order within the time allowed, by updating her address, the Court will dismiss this action, under Rule 41(b) of the Federal Rules of Civil Procedure, without prejudice to Plaintiff's filing a new civil action.

Plaintiff may receive court documents by email by completing the attached form, Consent to Electronic Service.[1]

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  August 6, 2025
        New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                    Chief United States District Judge

---

[1] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.